# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1621
LT Case No. 2017-MM-048404-A

_____

MATTHEW DAVID MCGEE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the County Court for Brevard County.
Kathryn C. Jacobus, Judge.

Matthew David McGee, Satellite Beach, pro se.

No Appearance for Appellee.

October 31, 2023

PER CURIAM.

    AFFIRMED.

SOUD, BOATWRIGHT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____